# Order

Michigan Supreme Court
**Lansing, Michigan**

March 20, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159416

ILENE TINMAN and MICHAEL TINMAN, as
Next Friends of TZVIH TINMAN, a Minor,
          Plaintiffs-Appellants,

v

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,
          Defendant-Appellee.

SC:  159416
COA:  338815
Wayne CC:  99-932051-CK

_____/

On order of the Court, the application for leave to appeal the December 7, 2004 and September 24, 2015 judgments of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2020



s1120                                                                Clerk